UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  13-8554 |
| | ) | |
| PHILIP MOY AND ERMEI JIANG-MOY | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL ORDER AUTHORIZING USE OF PACIFIC GLOBAL BANK'S CASH COLLATERAL PURSUANT TO § 363(c)(2) AND BANKRUPTCY RULE 4001(b)**

This matter coming to be heard on Debtors' and Debtors' in Possession, Philip Moy and Ermei Jiang Moy, Motion For Use Cash Collateral Pursuant To § 363(c)(2) and (3) of the Bankruptcy Code and Bankruptcy Rule 4001(b) and to Grant Adequate Protection (the "Motion"), due and proper notice having been served, and this Court having jurisdiction over the parties and subject matter and being otherwise fully advised in the premises;

THE COURT FINDS AS FOLLOWS:

1. On March 5, 2013, the Debtors filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtors have continued in possession of their property and are managing their buildings as a Debtors-in-Possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, and no Trustee has been appointed.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, venue is proper in this district, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(M) and (O).

IT IS THEREFORE ORDERED THAT:

A. The Debtors' Motion For Use of Cash Collateral Pursuant To § 363(c)(2) and (3) of the Bankruptcy Code and Bankruptcy Rule 4001(b) and to Grant Adequate Protection is granted.

B. Based on the lack of objection by Pacific Global Bank to the Motion after written notice pursuant to Fed. R. Bankr. P. 7004(h), and to avoid immediate and irreparable harm to the Debtors and their estate, the Debtors are authorized to use cash collateral upon the terms and conditions contained in this Order.

C. As and for adequate protection to PGB for the use of its Cash Collateral and its Collateral, PGB is hereby granted and shall have a replacement lien on the Collateral and all accessions to, substitutions for and all replacements of the foregoing.

D. The Debtors shall continue to maintain insurance on the Real Property and name PGB Bank as lienholder and loss payee on said policy.

E. The liens and security interests granted herein to PGB shall have the same validity, perfection, and enforceability as the pre petition liens held by PGB without any further action by the Debtors or

PGB and without executing or recording any financing statements, security agreements, or other documents.

F. The Debtors may use cash and Cash Collateral for the payment of: (1) insurance premiums on the Real Property; (2) unallocated, provisional payments to PGB; (3) all real property taxes as they become due and owing; (4) expenses related to the necessary repairs and maintenance of the Real Property; (5) necessary costs to market and lease rental units; (6) approved management fees and all professional fees and expenditures approved by the Bankruptcy Court; (7) a six-percent management fee to be paid to the Debtors for all self-managed buildings; (8) Debtor in Possession Quarterly Fees; and (9) the payment of all reasonable and necessary business expenditures.

G. If any or all of the provisions of this Order are hereafter modified, vacated or stayed by subsequent order of this Court, such modification or vacation shall not affect the validity of any obligation, debt, or claim or any priority security interest or lien that is or were granted pursuant to this Order, and such matter shall be governed in all respects by the original provisions of this Order.

H. Notice and service of the Motion has been proper and in accordance with applicable law.

Enter:

Dated: MAY -2 2013

United States Bankruptcy Judge

**Prepared by:**
Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558

Rev: 20120501_bko