IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PHILIP MOY AND ERMEI JIANG-MOY, | ) | Case No. 13 B 8554 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date and Time: |
| | ) | March 31, 2016 at 10:00 a.m. |

## NOTICE OF MOTION

To:  See attached service list

PLEASE TAKE NOTICE that on March 31, 2016, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis, or any other judge sitting in her stead, in Room 644, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Special Counsel's Final Application for Allowance of Compensation, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 14th day of March 2016.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Deborah S. Ashen, Esq.
Law Offices of Deborah S. Ashen, Ltd.
217 North Jefferson Street, Suite 600
Chicago, Illinois 60661

Miriam R. Stein
Chuhak &Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, Illinois 60606

**Parties Served U.S. Mail**

Philip Moy and Ermei Jiang-Moy
2700 South Wells
Chicago, Illinois 60616

Nancy Carlson
926 Braeburn Road
Inverness, Illinois 60067

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PHILIP MOY AND ERMEI JIANG-MOY, | ) | Case No. 13 B 8554 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date and Time: |
| | ) | March 31, 2016 at 10:00 a.m. |

**SPECIAL COUNSEL'S FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION**

Now comes Nancy Lee Carlson ("Special Counsel"), special counsel for Philip Moy and Ermei Jiang-Moy, Debtors and Debtors In Possession ("Debtors"), and, pursuant to § 330 of the United States Bankruptcy Code, requests that this Court enter an order allowing final compensation of $30,300.00 for 101.0 hours of legal services rendered to the Debtors, as Chapter 11 Debtors In Possession; and, in support thereof, state as follows:

1. On March 5, 2013, the Debtors filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. In accordance with Bankruptcy Rule 2002, notice of this Application has been sent to all parties on the service list, including the United States Trustee, all creditors and parties in interest.

4. On October 7, 2014, this Court entered an Order Authorizing Employment of Special Counsel, authorizing the employment of Nancy Lee Carlson ("Special Counsel"), as special counsel for the Debtors as Debtors In Possession, with all compensation and reimbursement of expenses subject to further order of this Court (Docket No. 191).

5. The rate at which Special Counsel seek compensation is her usual and customary hourly rates charged for work of this nature, performed for other clients.

6. Special Counsel has expended 101.0 hours of professional services from October 1, 2014 through March 9, 2016, as more fully set forth on Special Counsel's Time Sheets attached hereto as Exhibit A and made a part hereof.

7. The services provided by Special Counsel to the Debtors include, but are not limited to, providing general legal services to the Debtors, including real estate closing and negotiations, assisting Debtors is securing new financing, negotiating with lenders and general counsel duties to aid in the Debtors' real estate business.

8. The professional services rendered in this matter have resulted in a substantial benefit to this estate.

9. All of the professional services performed were actual and necessary for the proper representation of the Debtors as Chapter 11 Debtors in Possession and in furtherance of the Debtors' reorganization; and, as such, all of the services rendered were authorized pursuant to this Court's October 7, 2014, Order Authorizing Employment Of Special Counsel and benefited the estate.

11. The value of the professional services rendered by the Accountants to the Debtors, as Debtors In Possession, covered by this Application is $30,300.00.

12. Special Counsel anticipates providing professional services to the Reorganized Debtors after March 9, 2016, on an as needed basis and will bill the Reorganized Debtors directly for all such professional services rendered in addition to the amounts sought herein.

13.     The Debtors have filed a Motion for Final Decree seeking to close the Bankruptcy Case on March 31, 2016 to avoid the additional quarterly statutory fees that will accrue after April 1, 2016.

14.     Notice of Special Counsel's Application for Compensation has been sent to the United States Trustee, all creditors and parties in interest and the Debtor requests that notice, pursuant to Bankruptcy Rule 2002, be shortened from twenty-one (21) days notice by mail to seventeen (17) days for cause shown.

**WHEREFORE**, Nancy Lee Carlson, prays for entry of an Order, pursuant to § 330 of the Bankruptcy Code, allowing Nancy Lee Carlson, final compensation in the amount of $30,300.00 for actual and necessary professional services rendered and authorizing the Debtors to pay the unpaid balance of allowed final compensation of $30,300.00 as a priority cost of administration; shortening the notice requirement of bankruptcy Rule 2002 from twenty-one days to seventeen days; and, for such other relief as this Court deems just.

/s/ Gregory K. Stern
Gregory K. Stern, Esq.

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558