IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PHILIP MOY AND ERMEI JIANG-MOY, | ) | Case No. 13 B 8554 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date and Time: |
| | ) | March 31, 2016 at 10:00 a.m. |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on March 31, 2016, at 10:00 a.m., I shall appear before the Honorable Pamela S. Hollis, or any other judge sitting in her stead, in Room 644, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 14th day of March 2016.

/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Deborah S. Ashen, Esq.
217 North Jefferson Street
Suite 600
Chicago, Illinois 60661

Miriam R. Stein
Chuhak &Tecson, P.C.
30 South Wacker Drive, Suite 2600
Chicago, Illinois 60606

**Parties Served Via U.S. Mail**

Philip Moy and Ermei Jiang-Moy
2700 South Wells
Chicago, Illinois 60616

Nancy Carlson
926 Braeburn Road
Inverness, Illinois 60067

David Richardson
Nery & Richardson LLC
4258 West 63rd St.
Chicago, IL 60629

Pacific Global Bank
2323 South Wentworth Avenue
Chicago, Illinois 60616

Midland Funding, LLC
3111 Camino Del Rio N, #1300
San Diego, CA 92108

City of Chicago
Attn: Legal Department
30 North LaSalle Street, Suite 700
Chicago, IL 60602

Cook County Treasurer
118 North Clark Street, Room 112
Chicago, Illinois 60602

Lee Lumber & Building Material
633 West Pershing
Chicago, Illinois 60609

Foley & Honigmann
20794 North William Ave.
Lincolnshire, IL 60069

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Illinois Department of Revenue - Bankruptcy Section
PO Box 64338
Chicago, Illinois 60664

Discover Financial Services
PO Box 30943
Salt Lake City, UT 84130

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PHILIP MOY AND ERMEI JIANG-MOY, | ) | Case No. 13 B 8554 |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date and Time: |
| | ) | March 31, 2016 at 10:00 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Philip Moy and Ermei Jiang-Moy, the Reorganized Debtors, by and through their attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Rachel S. Sandler, and in support of their Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On March 5, 2013, the Debtors filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtors, as Debtors In Possession, have continued in possession of their property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2. On January 26, 2016, this Court entered an Order Confirming Second Amended Plan of Reorganization (the "Confirmation Order").

3. The Reorganized Debtors have made all required payments that have become due under the Confirmed Plan.

4. The Reorganized Debtors have made all payments required by the United States Trustee.

5. The Reorganized Debtors' Confirmed Plan has been substantially consummated.

6. There are no remaining contested matters pending and no further steps need be

taken to facilitate the administration of the Confirmed Plan.

WHEREFORE, Philip Moy and Ermei Jiang-Moy, the Reorganized Debtors, pray for an order entering Final Decree closing the Reorganized Debtors' Chapter 11 case; and, for such other relief as may be just.

/s/ Gregory K. Stern
Gregory K. Stern, Debtors Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558