UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 13-8554 |
| --- | --- | --- |
| PHILIP MOY and ERMEI JIANG-MOY, | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

THIS CAUSE COMING ON TO BE HEARD on the Debtors' Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. A Final Decree closing the Debtors' Chapter 11 case is hereby entered.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: March 31, 2016

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #02267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558